

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00171-CR

Dominique Martez **REED**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0009
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 27, 2015.

_____
Marialyn Barnard, Justice